tiorari to the Court of Errors and Appeals of the State of New Jersey denied. *Mr. William Newcorn* for petitioner. No appearance for respondent.

---

No. 758. THOMAS R. WHEELER *v.* UNITED STATES. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Niel P. Sterne* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 759. WILBUR L. BALL, RECEIVER, ETC. *v.* BREED, ELLIOTT & HARRISON. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Markham Marshall* and *Mr. Louis B. Wehle* for petitioner. *Mr. Henry A. Wise* and *Mr. Cola G. Parker* for respondent.

---

No. 779. DELIA HOLT, BY HER NEXT FRIEND DELIA HOLT, *v.* MISSOURI PACIFIC RAILROAD COMPANY. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William H. Arnold* for petitioner. No appearance for respondent.

---

No. 801. LOUIS COHEN *v.* UNITED STATES. February 25, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward F. Colladay* and *Mr. Michael J. Heintz* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.